DONALD M. GINDY
A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CA 90067
don@gindylaw.com
Tel.: (310) 772-0585
Fax.: (310) 772-0018

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fresh Software, a Wisconsin Limited Liability Company; Andrew Niese, an individual<br><br>Plaintiff(s),<br>v.<br>BE Aerospace, Inc., a Florida Corporation; Vince Tuzzeo, an individual; DOES 1-10, Inclusive<br>Defendant(s). | CASE NUMBER<br>CV 09-02209 MMM (CT)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Fresh Software, a Wisconsin Limited Liability Company.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED
Dated September 8, 2009
Margaret M. Morrow
United States District Judge

September 3, 2009
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)    NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)